PROB 12C
(6/16)

Report Date: March 8, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Moreno-Vasquez          Case Number: 0980 2:09CR02048-SAB-3

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 12, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 57 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 27, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 26, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: On or about February 10, 2017, Jose Moreno-Vasquez, along with five others, were located approximately 4 miles east of the Otay Mesa, California Port of Entry, and approximately 300 yards north of the United States/Mexico International Boundary. Upon questioning, the offender admitted he is a citizen and national of Mexico and illegally present in the United States. A records check revealed the offender failed to obtain permission from the proper authorities to reenter the United States.

According to the U.S. Immigration and Customs Enforcement, the offender was deported to Mexico on June 27, 2013, through Del Rio, Texas, and he did not obtain permission to re-enter the United States after being removed.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Moreno-Vasquez, Jose**
**March 8, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/08/2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[xx]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/8/2017

Date